# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 26, 2024

## NO. 03-22-00652-CR

**Robert Williams, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 424TH DISTRICT COURT OF LLANO COUNTY
### BEFORE JUSTICES BAKER, TRIANA AND SMITH
### AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.